IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SUSAN SMITH | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 1:16-cv-00964 |
| | ) | |
| BMA LAKEWOOD APARTMENTS, LLC, a foreign limited liability company, BMA APARTMENT ASSOCIATES, LLC, a foreign limited liability company, and WESTDALE ASSET MANAGEMENT, LIMITED PARTNERSHIP, a foreign partnership, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES
WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Defendant Westdale Asset Management, Ltd. (incorrectly identified in the summons and complaint as "Westdale Asset Management Limited Partnership") submits the following Corporate Disclosure Statement pursuant to the Federal Rules of Civil Procedure and the Local Rules of the U.S. District Court for the Western District of North Carolina:

1. Is party a publicly held corporation or other publicly held entity?

    Yes    **No**

2. Does party have any parent corporations?

    Yes    **No**

If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

**N/A**

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    Yes    **No**

1

If yes, identify all such owners:

**N/A**

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

   Yes     **No**

If yes, identify entity and nature of interest:

July 23, 2016                                        Respectfully submitted,

*s/ James M. Dedman, IV*
James M. Dedman, IV (N.C. Bar No. 37415)
Gallivan, White, & Boyd, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28210
jdedman@gwblawfirm.com

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Further, the foregoing was also served on the following parties by regular U.S. Mail and email:

Jon R. Moore
Brown, Moore & Associates, PLLC
930 East Boulevard
Post Office Box 35189
Charlotte, NC  28235

This the 23rd day of July, 2016.

*s/ James M. Dedman, IV*
James M. Dedman, IV
*Attorney for Defendants*